UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENJAMIN JOSHUA KALLBERG,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 2:17-CR-196-RSL<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION |

This matter comes before the Court on petitioner Benjamin Joshua Kallberg's motion for early termination of supervised release. Dkt. #5.

In October 2011, Mr. Kallberg pleaded guilty to one count of Possession with Intent to Distribute Methylenedioxymethamphetamine (MDMA), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). Dkt. #2-1. He was sentenced on February 29, 2012 to 97 months followed by 3 years of supervised release. Dkt. #2-2. His prison term was later reduced to 78 months. Dkt. #2-3 at 7. His supervised release term commenced on February 21, 2017 and is set to expire on February 20, 2020. Dkt. #1. On August 21, 2017, probation jurisdiction was transferred from the Middle District of Florida to the Western District of Washington. Id.

Mr. Kallberg filed his first motion for early termination of supervised release on September 14, 2018. Dkt. #3. The Court denied his motion, but "encourage[d] him to continue his excellent behavior, and to re-apply for early termination after completing two full years of supervised release; i.e., any time after February 20, 2019." Dkt. #4.

ORDER GRANTING DEFENDANT'S MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE - 1

A court "may, after considering the factors set forth in [18 U.S.C. § 3553(a)] … terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release… if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court enjoys "discretion to consider a wide range of circumstances when determining whether to grant early termination." United States v. Emmett, 749 F.3d 817, 819 (9th Cir. 2014) (citing United States v. Pregent, 190 F.3d 279, 283 (4th Cir. 1999)).

The Court is pleased to learn that Mr. Kallberg has continued to do well under supervised release. He is still working for Evergreen Ford Lincoln in Issaquah and has reconnected with his family. Dkt. #5 at 2. The Probation Office also indicated that he continues to test negative for illicit substances. Mr. Kallberg is entitled to an early termination of his supervised release for his commendable behavior and successful reentry into society. See Emmett, 749 F.3d at 819.

For all the foregoing reasons, Mr. Kallberg's motion is GRANTED. It is hereby ORDERED that his term of supervised release is TERMINATED.

DATED this 29th day of April, 2019.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE - 2